## Voightmann & Company, Plaintiff in Error, v. Cross-Conklin Company et al., Defendants in Error.

### Gen. No. 18,233.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. WILLIAM C. DE WOLF, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Affirmed. Opinion filed November 21, 1913. Rehearing denied December 8, 1913.

### Statement of the Case.

Claim of Voightmann & Company as subcontractors against Cross-Conklin Company, a corporation, Irving Schoenbrun and Samson Schoenbrun, for a mechanics' lien. From a judgment for defendants, plaintiff brings error.

J. H. PERKINSON, for plaintiff in error.

ADLER & LEDERER, for defendants in error.

MR. JUSTICE DUNCAN delivered the opinion of the court.

### Abstract of the Decision.

1. MECHANICS' LIENS, § 167*—*jurisdiction of Municipal Court.* The only action on a subcontractor's claim for a mechanics' lien cognizable in the Municipal Court of Chicago is an action at law in *assumpsit* jointly against the owner and contractor under the Mechanics' Liens Act, § 28, J. & A., ¶ 7166.

2. MECHANICS' LIENS, § 171*—*when process must be served on contractor.* A subcontractor suing an owner and contractor under the Mechanics' Liens Act, § 28, J. & A., ¶ 7166, is not entitled to a judgment against the contractor not served by process or publication.

3. MECHANICS' LIENS, § 202*—*when judgment must be against owner and contractor jointly.* In a subcontractor's action in *assumpsit* under the Mechanics' Liens Act, § 28, J. & A., ¶ 7166, against the owner and contractor, the judgment must be against the owner and

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.*

contractor jointly for the whole sum due the subcontractor from the contractor, but can only be enforced against the owner to the extent of his liability under the act, and the judgment should find and recite the amount and date of the subcontractor's lien.

4. MECHANICS' LIENS, § 202*—*when judgment may be rendered against contractor.* Where in a subcontractor's action in *assumpsit* under the Mechanics' Liens Act, § 28, J. & A., ¶ 7166, against the owner and contractor, no lien is established against the owner, judgment may be rendered against the contractor.

5. PROCESS, § 2*—*party served with summons must be made defendant.* Serving a summons on a party without making him a party defendant to the suit does not make him a party defendant.